# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00465-CV

**Sylvia L. Fragosa, Appellant**

**v.**

**Robert T. Acosta, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-004784, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed her notice of appeal on July 5, 2013. On September 10, we sent notice informing the trial court clerk's office that the record was overdue. The trial court clerk responded that appellant had not made arrangements to pay for the record. On September 16, we sent appellant notice that the record was overdue and that it was her responsibility to make arrangements to pay for the record. We gave her until September 26 to respond and provide a status report, cautioning her that the appeal would be subject to dismissal if she did not respond. To date, appellant has not responded to our request or otherwise contacted this Court about the appeal. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   October 25, 2013